**Order entered November 22, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00577-CV

## NIXDORF GMBH & CO. KG AND WATERCREST PARTNERS, L.P., Appellants

### V.

## TRA MIDLAND PROPERTIES, LLC, ET AL., Appellees

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-06190**

## ORDER

Before the Court is appellants' November 20, 2017 unopposed motion to extend time to file a brief. We **GRANT** the motion and **ORDER** the brief filed on or before December 20, 2017.

/s/     CAROLYN WRIGHT
          CHIEF JUSTICE